454 A.2d 984

Patrick CARPINO, Appellant,

v.

PRUDENTIAL PROPERTY AND CASUALTY
INSURANCE COMPANY.

Supreme Court of Pennsylvania.

Argued Oct. 27, 1982.

Decided Dec. 30, 1982.

William Fedullo, Philadelphia, for appellant.

M. Landon Spencer, Philadelphia, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN,
FLAHERTY and McDERMOTT, JJ.

ORDER

PER CURIAM:

Order of the Superior Court affirmed. 298 Pa.Super. 629,
445 A.2d 195. See *Davis v. Government Employees Ins. Co.,*
500 Pa. 84, 454 A.2d 973 (1982).

HUTCHINSON, J., did not participate in the considera-
tion or decision of this case.

LARSEN, J., files a dissenting opinion in which FLAHER-
TY, J., joins.

LARSEN, Justice, dissenting.

For the reasons set forth in my dissenting opinion in *Davis
v. Government Employees Insurance Company,* 500 Pa. 84,
454 A.2d 973 (1982), I dissent.

FLAHERTY, J., joins in this dissenting opinion.